THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK CREASY, Appellant.— Judgment of the County Court, Kings County, convicting the defendant of the crime of grand larceny in the first degree, unanimously affirmed. Appeal from sentence imposed dismissed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK P. DE ANGELIS, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, borough of Brooklyn, convicting the defendant of a violation of section 970 of the Penal Law (common gambler), unanimously affirmed. No opinion. Appeal from sentence dismissed. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE MARSANICO, Appellant.— Appeal by defendant from a judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, borough of Queens, convicting him of a violation of section 986 of the Penal Law (book-making), for which he was sentenced to thirty days in the workhouse. Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIKE SMOOKLER, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, borough of Brooklyn, convicting him of violating section 1140 of the Penal Law. Judgment reversed on the law, the information dismissed, and bail exonerated, on the ground that the guilt of defendant was not established beyond a reasonable doubt. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

DOROTHY SHEPPARD, Appellant, v. FIRST NATIONAL STORES, INC., Respondent. — In an action to recover damages for personal injuries, judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

GUSSIE SILVERMAN et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Action by plaintiff wife to recover damages for personal injuries sustained when she fell on the ice while traversing the crosswalk at Coney Island Avenue and Avenue M, in the borough of Brooklyn; and by her husband for medical expenses and loss of services. At the conclusion of the trial the court reserved decision upon defendants' motion for a directed verdict and submitted the case to the jury, which failed to agree upon a verdict. The court thereafter granted the motion for the direction of a verdict in defendants' favor. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See 269 App. Div. 672.]